IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**RUBEN SOLIS ANDERSON, #596151** §

**VS.** § **CIVIL ACTION NO. 5:14cv131**

**MS. WALTER, ET AL.** §

## ORDER OF DISMISSAL

Plaintiff Ruben Solis Anderson, an inmate confined at the Telford Unit of the Texas prison system, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was directly assigned to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the lawsuit should be dismissed pursuant to the "three strikes" provisions of 28 U.S.C. § 1915(g). Anderson has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Anderson to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by Anderson are without merit. It is specifically noted that Anderson has repeatedly filed lawsuits alleging that his life is in danger. The issue was fully developed in past lawsuits, and the filing of the present lawsuit constitutes an abuse of the Court. Anderson has not shown that the exception to § 1915(g) applies; thus, the lawsuit should be dismissed in accordance with the provisions of that statute. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

1

**ORDERED** that the Report and Recommendation (docket entry #3) is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Anderson's motion for leave to proceed *in forma pauperis* (docket entry #2) is **DENIED**. Anderson may resume the lawsuit if he pays the full filing fee of $400 within thirty days of the issuance of this order. All motions not previously ruled on are **DENIED**.

Finally, Anderson is warned that additional sanctions may be imposed if he persists in filing new lawsuits that constitute an abuse of the Court.

**It is SO ORDERED**.

**SIGNED this 30th day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE